IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

IN RE:

| | |
|---|---|
| JOHN GUMP, <br> TIFFANY GUMP, <br>     Debtors, | Bankruptcy No.: 15-22013-CMB <br> Chapter 7 <br> Document No.: |
| JOHN GUMP, <br> TIFFANY GUMP, <br>     Movants, <br> vs | |
| NO RESPONDENT, <br>     Respondent. | |

## CERTFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the Order Converting Case Under Chapter 13 to Case Under Chapter 7 on each party listed below by first class U.S. mail on January 6, 2017:

Pamela Wilson, Trustee
810 Vermont Avenue
Pittsburgh, PA 15234

Office of US Trustee
1001 Liberty Avenue
Suite 970
Pittsburgh, PA 15222

EACH AND EVERY CREDITOR
ON THE MAILING MATRIX
(attached)

                                              Attorney for Movants:
                                              Rice & Associates Law Firm
                                              /s/ David A Rice, Esq.
                                              15 West Beau Street
                                              Washington, PA 15301
                                              724-225-7270
                                              ricelaw1@verizon.net
                                              PA ID# 50329

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 15-22013-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Fri Jan  6 09:22:09 EST 2017 | Vanderbilt Mortgage and Finance, Inc.<br>P.O. Box 9800<br>Maryville, TN 37802-9800 | 2<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 |
| Ally Financial<br>P O Box 380901<br>Bloomington, MN 55438-0901 | Ally Financial<br>PO Box 130424<br>Roseville, MN 55113-0004 | American General Financial/Springleaf Fi<br>Attention: Bankruptcy<br>Po Box 3251<br>Evansville, IN 47731-3251 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Chrysler Capital<br>Po Box 961275<br>Fort Worth, TX 76161-0275 |
| Covergent Health Care Recoveries<br>121 NE Jefferson Street, Suite 100<br>Peoria, IL 61602-1229 | Credit Coll USA / University Health Asso<br>Ccusa/Attn:Bankruptcy<br>16 Distributor Dr Ste 1<br>Morgantown, WV 26501-7209 | Credit Management Co.<br>P.O. Box 16346<br>Pittsburgh, PA 15242-0346 |
| Bes Cca / Mountain Physicians<br>209 W Central St Ste 107<br>Natick, MA 01760-3716 | Greene Co. Domestic Relations<br>19 South Washington Street<br>Waynesburg, PA 15370-2053 | Kubota Credit Corp<br>1025 Northbrook Parkway<br>Suwannee, GA 30024-2967 |
| Kubota Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 | Northwest Consumer Dis<br>222 Elm Drive<br>Waynesburg, PA 15370-8269 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg PA 17128-0946 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | United Collection Bureau<br>5620 Southwick Blvd.<br>Toledo, OH 43614-1501 |
| United States Department of Education<br>Claims Filing Unit<br>P O Box 8973<br>Madison, WI  53708-8973 | Us Dept Of Ed/glelsi<br>Po Box 7860<br>Madison, WI 53707-7860 | Vanderbilt Mortgage<br>Attn: Bankruptcy Dept<br>P.O. Box 9800<br>Maryville, TN 37802-9800 |
| Washington Community F<br>45 Griffith Ave<br>Washington, PA 15301-2286 | Washington Family Practice<br>95 Leonard Avenue<br>Washington, PA 15301-3368 | Washington Hospital<br>155 Wilson Ave.<br>Washington, PA 15301-3398 |
| West Virginia University Hospital<br>Attn:  Patient Accounting<br>P.O. Box 776<br>Morgantown, WV 26507-0776 | Wheeling Hospital<br>P.O. Box 644112<br>Pittsburgh, PA 15264-4112 | David A. Rice<br>Rice & Associates Law Firm<br>15 West Beau Street<br>Washington, PA 15301-6805 |

John Alan Gump
222 Sugar Run Road
Waynesburg, PA 15370-3638

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

Scott R. Lowden
Nicotero & Lowden PC
3948 Monroeville Blvd., Suite 2
Monroeville, PA 15146-2437

Tiffany Renee Gump
223 West College Street
Canonsburg, PA 15317-1166

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Springleaf Financial
107 E Roy Furman Hwy
Waynesburg, PA 15370

(d)Springleaf Financial Services
PO Box 3251
Evansville, IN 47731

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Kubota Credit Corporation

(u)Covergent Healthcare

(d)Vanderbilt Mortgage and Finance, Inc
P.O. Box 9800
Maryville, TN 37802-9800

End of Label Matrix
Mailable recipients    33
Bypassed recipients     3
Total                  36