**Form 132**

UNITED STATES BANKRUPTCY COURT          63
WESTERN DISTRICT OF PENNSYLVANIA        aala

In re:                                              Bankruptcy Case No.: 15−22013−CMB

                                                    Chapter: 7
**John Alan Gump**                                  Tiffany Renee Gump
   Debtor(s)                                        fka Tiffany Renee Miller

**NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
AND DETERMINATION OF TRUSTEE BOND**

   Pamela J. Wilson is hereby appointed Interim Trustee for the estate of the above debtor(s). Unless another trustee is elected at the meeting of creditors, convened pursuant to 11 U.S.C §341(a), the Interim Trustee shall serve as Trustee.

   In accordance with 11 U.S.C §322(b), the United States Trustee has determined the amount of the blanket trustee bond and determined the sufficiency of the surety thereon.

Dated: 1/6/17                                       **Andrew R. Vara**
                                                    Acting United States Trustee

                                                    **Joseph S. Sisca**
                                                    Assistant United States Trustee
                                                    Western District of Pennsylvania

---

I Pamela J. Wilson, hereby reject appointment as Trustee.

Dated: This _____ day of _____,_____.

                                                    Pamela J. Wilson

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 15-22013-CMB
John Alan Gump                                                         Chapter 7
Tiffany Renee Gump
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala              Page 1 of 1              Date Rcvd: Jan 06, 2017
                              Form ID: 132            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2017.
tr              +Pamela J. Wilson,    810 Vermont Avenue,    Pittsburgh, PA 15234-1222

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2017 at the address(es) listed below:
          David A. Rice    on behalf of Debtor John Alan Gump ricelaw1@verizon.net,    lowdenscott@gmail.com
          David A. Rice    on behalf of Joint Debtor Tiffany Renee Gump ricelaw1@verizon.net,
           lowdenscott@gmail.com
          James  Warmbrodt    on behalf of Creditor    Kubota Credit Corporation bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Pamela J. Wilson    pwilson@epiqtrustee.com,  pwilson@ecf.epiqsystems.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Scott R. Lowden    on behalf of Debtor John Alan Gump niclowlgl@comcast.net
          Scott R. Lowden    on behalf of Joint Debtor Tiffany Renee Gump niclowlgl@comcast.net
                                                                                             TOTAL: 8