**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **John Alan Gump** <br> First Name  Middle Name  Last Name | Social Security number or ITIN | **xxx–xx–1785** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Tiffany Renee Gump** <br> First Name  Middle Name  Last Name | Social Security number or ITIN | **xxx–xx–8030** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court <br> **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed in chapter **13** | **6/3/15** |
| Case number:  **15–22013–CMB** | | Date case converted to chapter **7** | **1/6/17** |

Official Form 309B (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**                                          12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | John Alan Gump | Tiffany Renee Gump |
| 2. | **All other names used in the last 8 years** | | fka Tiffany Renee Miller |
| 3. | **Address** | 222 Sugar Run Road <br> Waynesburg, PA 15370 | 223 West College Street <br> Canonsburg, PA 15317 |
| 4. | **Debtor's attorney** <br> Name and address | David A. Rice <br> Rice & Associates Law Firm <br> 15 West Beau Street <br> Washington, PA 15301 | Contact phone 724–225–7270 |
| 5. | **Bankruptcy trustee** <br> Name and address | Pamela J. Wilson <br> 810 Vermont Avenue <br> Pittsburgh, PA 15234 | Contact phone 412–341–4323 |
| | | The United States Trustee, Region3, appoints this individual as interim trustee as of the date of the filing of the bankruptcy petition. | |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**                    page **1**

| **6. Bankruptcy clerk's office** | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open Monday – Friday<br>9:00 AM – 4:30 PM<br>Contact phone 412–644–2700<br>Date: 1/6/17 |
|---|---|---|
| | The Court uses an electronic filing system and filers must follow the Court's Local Rules governing the manner in which documents must be filed. Persons not represented by an attorney may file paper documents at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br>**Photo ID/Delays:** For security reasons, you may encounter delays when attending court hearings. You should be prepared to show Photo Identification when attending these preceedings, Please plan accordingly. | |
| **7. Meeting of creditors** | **February 10, 2017 at 10:00 AM** | Location: |
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **First Floor Conference Room, 29 West Cherry Avenue, Washington, PA 15301** |
| **8. Presumption of abuse** | The presumption of abuse does not arise. | |
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| **9. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 4/11/17** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/11/17** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 11/30/15** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object | |

to exemptions in line 9.

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**  page **2**

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                            Case No. 15-22013-CMB
John Alan Gump                                                    Chapter 7
Tiffany Renee Gump
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: aala               Page 1 of 2               Date Rcvd: Jan 06, 2017
                              Form ID: 309B            Total Noticed: 35
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2017.

```
db            +John Alan Gump,    222 Sugar Run Road,    Waynesburg, PA 15370-3638
jdb           +Tiffany Renee Gump,    223 West College Street,    Canonsburg, PA 15317-1166
aty           +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                Philadelphia, PA 19106-1541
aty           +Scott R. Lowden,    Nicotero & Lowden PC,    3948 Monroeville Blvd., Suite 2,
                Monroeville, PA 15146-2437
14055909      +Covergent Health Care Recoveries,    121 NE Jefferson Street, Suite 100,    Peoria, IL 61602-1229
14055911      +Credit Coll USA / University Health Asso,    Ccusa/Attn:Bankruptcy,    16 Distributor Dr Ste 1,
                Morgantown, WV 26501-7209
14055913      +Eos Cca / Mountain Physicians,    209 W Central St Ste 107,    Natick, MA 01760-3716
14055914      +Greene Co. Domestic Relations,    19 South Washington Street,    Waynesburg, PA 15370-2053
14055915      +Kubota Credit Corp,    1025 Northbrook Parkway,    Suwannee, GA 30024-2967
14083945      +Kubota Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14055916      +Northwest Consumer Dis,    222 Elm Drive,    Waynesburg, PA 15370-8269
14055918      +United Collection Bureau,    5620 Southwick Blvd.,    Toledo, OH 43614-1501
14088577       United States Department of Education,    Claims Filing Unit,    P O Box 8973,
                Madison, WI  53708-8973
14055919      +Us Dept Of Ed/glelsi,    Po Box 7860,    Madison, WI 53707-7860
14055921     #+Washington Community F,    45 Griffith Ave,    Washington, PA 15301-2286
14055922      +Washington Family Practice,    95 Leonard Avenue,    Washington, PA 15301-3368
14055923      +Washington Hospital,    155 Wilson Ave.,    Washington, PA 15301-3398
14055924      +West Virginia University Hospital,    Attn: Patient Accounting,    P.O. Box 776,
                Morgantown, WV 26507-0776
14055925      +Wheeling Hospital,    P.O. Box 644112,    Pittsburgh, PA 15264-4112
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty            E-mail/Text: ricelaw1@verizon.net Jan 07 2017 01:20:45      David A. Rice,
                Rice & Associates Law Firm,    15 West Beau Street,    Washington, PA  15301
tr            +EDI: QPJWILSON.COM Jan 07 2017 00:58:00      Pamela J. Wilson,    810 Vermont Avenue,
                Pittsburgh, PA 15234-1222
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 07 2017 01:21:09      Pennsylvania Dept. of Revenue,
                Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA  17128-0946
ust           +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jan 07 2017 01:21:19
                Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                Pittsburgh, PA 15222-3721
14055905      +EDI: GMACFS.COM Jan 07 2017 00:58:00      Ally Financial,    P O Box 380901,
                Bloomington, MN 55438-0901
14062085       EDI: GMACFS.COM Jan 07 2017 00:58:00      Ally Financial,    PO Box 130424,
                Roseville, MN 55113-0004
14055906      +EDI: AGFINANCE.COM Jan 07 2017 00:58:00      American General Financial/Springleaf Fi,
                Attention: Bankruptcy,    Po Box 3251,    Evansville, IN 47731-3251
14055907      +EDI: CAPITALONE.COM Jan 07 2017 00:58:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                Salt Lake City, UT 84130-0285
14079468       EDI: CAPITALONE.COM Jan 07 2017 00:58:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC  28272-1083
14055908      +EDI: CHRM.COM Jan 07 2017 00:58:00      Chrysler Capital,    Po Box 961275,
                Fort Worth, TX 76161-0275
14055912      +E-mail/Text: hariasdiaz@creditmanagementcompany.com Jan 07 2017 01:21:39
                Credit Management Co.,    P.O. Box 16346,    Pittsburgh, PA 15242-0346
14061055       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 07 2017 01:21:09
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg PA 17128-0946
14055917       EDI: AGFINANCE.COM Jan 07 2017 00:58:00      Springleaf Financial,    107 E Roy Furman Hwy,
                Waynesburg, PA 15370
14066020       EDI: AGFINANCE.COM Jan 07 2017 00:58:00      Springleaf Financial Services,    PO Box 3251,
                Evansville, IN 47731
14055920      +EDI: VAND.COM Jan 07 2017 00:58:00      Vanderbilt Mortgage,    Attn: Bankruptcy Dept,
                P.O. Box 9800,    Maryville, TN 37802-9800
14060385      +EDI: VAND.COM Jan 07 2017 00:58:00      Vanderbilt Mortgage and Finance, Inc,    P.O. Box 9800,
                Maryville, TN 37802-9800
                                                                                              TOTAL: 16
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Kubota Credit Corporation
14055910        Covergent Healthcare
cr*            +Vanderbilt Mortgage and Finance, Inc.,   P.O. Box 9800,   Maryville, TN 37802-9800
                                                                                TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2           User: aala              Page 2 of 2              Date Rcvd: Jan 06, 2017
                               Form ID: 309B           Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2017 at the address(es) listed below:

```
          David A.   Rice     on behalf of Debtor John Alan Gump ricelaw1@verizon.net,  lowdenscott@gmail.com
          David A.   Rice     on behalf of Joint Debtor Tiffany Renee Gump ricelaw1@verizon.net,
           lowdenscott@gmail.com
          James   Warmbrodt     on behalf of Creditor    Kubota Credit Corporation bkgroup@kmllawgroup.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Pamela J.  Wilson    pwilson@epiqtrustee.com,  pwilson@ecf.epiqsystems.com
          Ronda J.  Winnecour    cmecf@chapter13trusteewdpa.com
          Scott R.  Lowden    on behalf of Debtor John Alan Gump niclowlgl@comcast.net
          Scott R.  Lowden    on behalf of Joint Debtor Tiffany Renee Gump niclowlgl@comcast.net
                                                                                                 TOTAL: 8
```