10:00 A.M.

## PROCEEDING MEMO

Date: JANUARY 17, 2017

In re:  JOHN ALAN GUMP and    Bankruptcy No. 15-22013 CMB
       TIFFANY RENEE GUMP    Chapter 13
           Doc. # 52

Appearances:  David A. Rice, ~~Winnecour/Paik/Bedford/~~ Katz

Movant(s):  James C. Warmbrodt, Kubota Credit

Respondent(s):

Creditor(s):

Nature of Proceeding:  Motion for Relief from the Automatic Stay filed by Kubota Credit Corporation

Additional Pleadings:  Certificate of Service

      NOTE: 341 Meeting held 7/6/2015

Judge's Notes:

Outcome:

Case has been converted to Ch. 7. Motion withdrawn.

_____ Motion is GRANTED _____ Order entered

_____ Motion is DENIED _____ Order entered

_____ Motion WITHDRAWN

_____ Motion is DISMISSED _____ Order entered

_____ Reschedule for Proper Service

_____ Case DISMISSED _____ Order entered

_____ Parties to submit Order/Settlement/Stipulation by _____ days

_____ CONTINUED MATTER: _____ for at least _____ days (Court to Issue Order)

_____ to hearing date of _____

_____ ISSUE EVIDENTIARY HEARING NOTICE

_____ Discovery time needed _____ days

_____ Briefs to be filed:  Movant(s) brief due _____ days
                Respondent(s) brief due _____ days
                Trustee's brief due _____ days

FILED
1/18/17 2:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
U. S. Bankruptcy Judge