**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| JOHN ALAN GUMP | Case No.:15-22013 |
| TIFFANY RENEE GUMP | |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Repondents. | |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 06/03/2015  and confirmed on 07/13/2015 .  The case was subsequently     (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 31,521.00 |
| Less Refunds to Debtor | 518.47 | |
| TOTAL AMOUNT OF PLAN FUND | | 31,002.53 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 1,740.66 | |
| Trustee Fee | 1,231.88 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,972.54 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| VANDERBILT MTG & FINANCE INC | 0.00 | 9,291.35 | 0.00 | 9,291.35 |
|   Acct: 9103 | | | | |
| VANDERBILT MTG & FINANCE INC | 1,842.42 | 0.00 | 0.00 | 0.00 |
|   Acct: 9103 | | | | |
| KUBOTA CREDIT CORP (USA) | 6,488.02 | 1,557.71 | 0.00 | 1,557.71 |
|   Acct: 4799 | | | | |
| ALLY FINANCIAL(*) | 33,081.95 | 5,462.11 | 4,979.68 | 10,441.79 |
|   Acct: 2268 | | | | |
| SANTANDER CONSUMER USA D/B/A CHRY | 24,486.17 | 5,030.33 | 1,708.81 | 6,739.14 |
|   Acct: 5631 | | | | |
| SANTANDER CONSUMER USA D/B/A CHRY | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 5631 | | | | |
| | | | | 28,029.99 |
| **Priority** | | | | |
| SCOTT R LOWDEN ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JOHN ALAN GUMP | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

15-22013                    **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**                    Page 2 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| JOHN ALAN GUMP | 518.47 | 518.47 | 0.00 | 0.00 |
| Acct: | | | | |
| RICE AND ASSOCIATES | 3,000.00 | 1,740.66 | 0.00 | 0.00 |
| Acct: | | | | |
| DAVID A RICE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NICOTERO & LOWDEN PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RICE AND ASSOCIATES | 2,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GREENE COUNTY DOM RLTNS** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| DOMESTIC RELATIONS OBLIGATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 529.11 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1785 | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| SPRINGLEAF FINANCIAL SVCS INC | 6,169.78 | 0.00 | 0.00 | 0.00 |
| Acct: 9097 | | | | |
| CAPITAL ONE BANK NA** | 274.12 | 0.00 | 0.00 | 0.00 |
| Acct: 2236 | | | | |
| CONVERGENT HEALTHCARE RECOVERIES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX2664 | | | | |
| CONVERGENT HEALTHCARE RECOVERIES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX2664 | | | | |
| CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXX2601 | | | | |
| CMC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXCNTS | | | | |
| EOS CCA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0534 | | | | |
| NORTHWEST CONSUMER DISC CO(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXX0001 | | | | |
| UNITED COLLECTION BUREAU INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8767 | | | | |
| US DEPARTMENT OF EDUCATION** | 11,158.39 | 0.00 | 0.00 | 0.00 |
| Acct: 8030 | | | | |
| WASHINGTON COMMUNITY FCU* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXX0001 | | | | |
| WASHINGTON FAMILY PRACTICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XX9927 | | | | |
| WASHINGTON HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXX0022 | | | | |
| WEST VIRGINIA UNIVERSITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXX3674 | | | | |
| WEST VIRGINIA UNIVERSITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXX3674 | | | | |
| WHEELING HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6794 | | | | |
| WHEELING HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3763 | | | | |
| PA DEPARTMENT OF REVENUE* | 26.35 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1785 | | | | |
| | * * * N O N E * * * | | | |

TOTAL PAID TO CREDITORS                                                                    28,029.99

TOTAL CLAIMED
PRIORITY                   529.11
SECURED               65,898.56
UNSECURED            17.628.64


Date: 02/01/2017                                          /s/ Ronda J. Winnecour

                                                          RONDA J WINNECOUR PA ID #30399
                                                          CHAPTER 13 TRUSTEE WD PA
                                                          600 GRANT STREET
                                                          SUITE 3250 US STEEL TWR
                                                          PITTSBURGH, PA  15219
                                                          (412) 471-5566
                                                          cmecf@chapter13trusteewdpa.com