Certificate Number: 17572-PAW-DE-028991032

Bankruptcy Case Number: 15-22013



17572-PAW-DE-028991032

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 28, 2017</u>, at <u>7:53</u> o'clock <u>AM PDT</u>, <u>John Gump</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>March 28, 2017</u>            By:    <u>/s/Arman Polat</u>

                                        Name:  <u>Arman Polat</u>

                                        Title:  <u>Counselor</u>