Certificate Number: 17572-PAW-DE-028991031

Bankruptcy Case Number: 15-22013



17572-PAW-DE-028991031

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 28, 2017, at 7:53 o'clock AM PDT, Tiffany Gump completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: March 28, 2017        By: /s/Arman Polat

Name: Arman Polat

Title: Counselor